**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Peter John JEFFERSON,**
**Defendant-Appellant.**

**No. 17-30092**

United States Court of Appeals,
Ninth Circuit.

Submitted October 23, 2017 *

Filed October 27, 2017

Lori Anne Harper Suek, Assistant U.S. Attorney, Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, for Plaintiff-Appellee

Before: LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Peter John Jefferson appeals from the district court's judgment and challenges the sentence of time served and ten years of supervised release imposed following his

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

guilty-plea conviction for abusive sexual contact with a minor, in violation of 18 U.S.C. §§ 1153(a), 2244(a)(3). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jefferson's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Jefferson the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motions to file late supplemental excerpts of record and to withdraw are **GRANTED**. The Clerk shall file the supplemental excerpts of record submitted at Docket Entry No. 11.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.